UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Manuel Barreiro
Sandro Collado, and
Osvaldo Alvarez,

                Defendant(s).

25-CR-00054 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As to Defendant Sandro Collado, the Change of Plea Hearing is hereby scheduled for September 16, 2024, at 2:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated:  September 9, 2025
          New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge