

# BRILL ǀLEGAL ǀGROUP. P.C.

Tel: (888) 315-9841 ǀ www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

December 4, 2025

*Sentencing in this matter is hereby adjourned to January 21, 2026, at 11:30 a.m. Defense submissions are due by January 7, 2026; the Government's submissions are due by January 14, 2026. The Clerk of Court is respectfully directed to terminate Dkt. No. 37. SO ORDERED.*

*Date: December 4, 2025*

**Via ECF**
Honorable Margaret Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** ***United States v. Manuel Barreiro et al.***
> 25 Cr. 54 (MMG)

Dear Judge Garnett:

I represent Sandro Collado. Based upon the recent information received from the Probation Department that the final Presentence Report for Mr. Collado will not be disclosed until December 8 and upon prior conversations with the government, I am respectfully requesting an adjustment to the parties' sentencing submission deadlines and an adjournment of Mr. Collado's sentencing date.

If the Court is available, I would request a sentencing date of January 12, 15, 21 or the afternoon of January 22. Working backwards from that, the parties' submissions would be due two weeks prior. The government has consented to my request.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788